June 10, 2005

Ms. Laura Rowe
Hicks Thomas & Lilienstern, LLP
700 Louisiana, Suite 2000
Houston, TX 77002

Ms. Jennifer Bruch Hogan
Hogan & Hogan, L.L.P.
700 Louisiana Street, Suite 4200
Houston, TX 77002-1635
Ms. Jean C. Frizzell
Gibbs & Bruns, L.L.P.
1100 Louisiana, Suite 5300
Houston, TX 77002

RE: Case Number: 02-0758
 Court of Appeals Number: 01-98-01429-CV
 Trial Court Number: 9554786

Style: R.R. STREET & CO., INC.
 v.
 PILGRIM ENTERPRISES, INC., ET AL.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause. (Justice Johnson not sitting)

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Charles |
| |Bacarisse |
| |Ms. Margie |
| |Thompson |